**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01886-LTB

ALYS HAMMER,

       Plaintiff,

v.

M.R.S. ASSOCIATES, INC., a New Jersey corporation,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal

With Prejudice (Doc 5 - filed November 16, 2007), and the Court being fully advised in the

premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                          BY THE COURT:


                          __s/Lewis T. Babcock_____
                          Lewis T. Babcock, Judge

DATED: November 19, 2007